UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. BRADBURY,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>  Defendants. | No. 2:15-cv-0840 KJM DAD PS<br><br><br>ORDER |

Plaintiff Mark Bradbury is proceeding pro se in this action. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 12, 2015, defendants noticed a motion to dismiss for hearing before the undersigned on July 24, 2015. (Dkt. No. 9.) On July 13, 2015, plaintiff filed a motion seeking a continuance of the July 24, 2015 hearing date. (Dkt. No. 11.) On July 15, 2015, defendants filed an opposition to plaintiff's request for a continuance. (Dkt. No. 12.)

In his motion, plaintiff states that he requires "an additional 45 days to recover from surgery." (Dkt. No. 11 at 1.) Attached to plaintiff's motion is a letter from Dr. Thomas J. Blumenfeld, stating that plaintiff "underwent in-patient surgery on 6/15/2015," and "has been confined to home with visiting nurse and in-home physical therapy." (Id. at 3.)

/////

1

1 | Having reviewed plaintiff's motion and defendants' opposition, the undersigned finds good cause to grant plaintiff's motion for a continuance.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 13, 2015 motion to continue (Dkt. No. 11) is granted.

2. The July 24, 2015 hearing of defendants' motion to dismiss is continued for hearing to **Friday, August 28, 2015, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned. Any party may appear at the August 28, 2015 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line telephone number must be provided.

Dated: July 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\bradbury0840.eot.ord.docx